UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DARREN F. GALLOWAY,

            Plaintiff.

  - against -

COMMISSIONER OF SOCIAL SECURITY,

            Defendant.

---

16-cv-9541 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

On February 16, 2022, the plaintiff filed a motion seeking an order: (1) approving an award of attorney's fees in the amount of $3,150.00 pursuant to 42 U.S.C. § 406(b); and (2) directing the Social Security Administration to withhold the amount of $3,150.00 from the plaintiff's past due benefits and directing the Social Security Administration to pay this amount to the plaintiff's attorney, Michael S. Aranoff. See ECF No. 16. By letter dated March 3, 2022, the Commissioner of Social Security indicated that she did not oppose the plaintiff's motion. See ECF No. 17.

Because the motion is well founded and there is no opposition, the plaintiff's motion for attorney's fees is **granted.** The plaintiff's attorney, Michael S. Aranoff, is awarded $3,150.00.

The Social Security Administration is directed to withhold $3,150.00 from the plaintiff's past due benefits and to pay this amount to Michael S. Aranoff.

**SO ORDERED.**

Dated:     New York, New York
                March /4 , 2022

                                          John G. Koeltl
                                    United States District Judge

*The Clerk is directed to close Docket No. 16.*

*So ordered.*

*3/14/22    J. G. Koeltl, U.S.D.J.*

2